# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BANCORPSOUTH BANK, INC.,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-248-CG-C ) |
| **MICHAEL F. DIOS and JUDITH A. DIOS,** | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the court's order entered this date granting plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **BancorpSouth, Inc.,** and against defendant, **Michael F. Dios** in the amount **of $139,421.34.**

**DONE and ORDERED** this 10th day of January, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE